IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **ANDREW JAMES PLEDGER,** | Filed at 3:25 PM <br> DATE 8-13-01 <br> *N Paul* <br> DEPUTY CLERK, U.S. DISTRICT COURT <br> MIDDLE DISTRICT OF GEORGIA |
| Petitioner, | |
| VS. | 3:00-CV-159 (DF) <br> 28 U.S.C. § 2255 |
| | 3:92-CR-3 (DF) |
| **UNITED STATES OF AMERICA,** | |
| Respondent. | |

### O R D E R

This order hereby adopts and incorporates the July 19, 2001 Recommendation of United States Magistrate Judge G. Mallon Faircloth in the above styled action. The Court has reviewed and carefully considered Petitioner's objections to the Magistrate Judge's Recommendation, but concludes that these objections do not warrant rejection or modification of the Magistrate Judge's findings.

Accordingly, Petitioner's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 is **DENIED**. In addition, Defendant's motion to produce Jencks material (tab #98), motion to require the government to disclose the circumstances of all surveillance of petitioner (tab #99), motion for discovery of grand jury minutes (tab #100), motion for certificate of appealability (tab #102) are **DENIED**.

ENTERED ON DOCKET
8-13, 2001
Gregory D. Leonard, Clerk
*N Paul*
Deputy Clerk



SO ORDERED, this ___9___ day of August, 2001.

_____

DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/amd