GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.   3:92-CR-00003-001 (CAR) |
| **ANDREW JAMES PLEDGER** | |

On July 17, 1992, the Honorable Duross Fitzpatrick sentenced Pledger to the custody of the Bureau of Prisons (BOP) for a term of 360 months followed by 16 years of supervised release for the offense of Distribution of Cocaine Base within 1000 Feet of a Public School and Possession with Intent to Distribute Cocaine Base within 1000 Feet of Public School. He commenced supervised release on December 26, 2017.

Pledger has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Guide to Judiciary Policy, Volume 8, Part E, as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended he be discharged from supervision.

Respectfully submitted,

Argelys Medina
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   5   day of   March   , 2025.

C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE